# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

August 23, 2021

Clerk
United States Court of Appeals for the Fourth Circuit
1100 East Main Street
Room 501
Richmond, VA  23219

     Re:  Philip E. Berger, et al.
           v. North Carolina State Conference of the NAACP, et al.
           No. 21-248
           (Your No. 19-2273)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on August 19, 2021 and placed on the docket August 23, 2021 as No. 21-248.

                        Sincerely,

                        **Scott S. Harris**, Clerk

                        by

                        Susan Frimpong
                        Case Analyst