# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 25, 2022

Clerk
United States Court of Appeals
  for the Fourth Circuit
Lewis F. Powell Jr. Courthouse and
  Annex
1100 E. Main Street, Suite 501
Richmond, VA 23219-3517

      Re:  Philip E. Berger, et al.,
           v. NC Conference of NAACP, et al.
           No. 21-248 (Your docket No. 19-2273)

Dear Clerk:

      Attached please find a certified copy of the judgment of this Court in the above-entitled case.

                            Sincerely,

                            SCOTT S. HARRIS, Clerk

                            By

                            Michael Altner
                            Judgments/Mandates Clerk

Enc.
cc:    All counsel of record

**Supreme Court of the United States**
**Office of the Clerk**
**Washington, DC 20543-0001**

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 25, 2022

Mr. David H. Thompson, Esq.
Cooper & Kirk, PLLC
1523 New Hampshire Ave., NW
Washington, D.C. 20036

Ms. Elisabeth Susan Theodore, Esq.
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave, NW
Washington, D.C. 20001

  Re: Philip E. Berger, et al.,
     v. NC Conference of NAACP, et al.
     No. 21-248

Dear Counsel:

  Today, a certified copy of the judgment of this Court in the above-entitled case was emailed to the Clerk of the United States Court of Appeals for the Fourth Circuit.

  The petitioners are given recovery of costs in this Court as follows:

| | |
|---|---|
| **Printing of record:** | $17,413.07 |
| **Clerk's costs:** | $300.00 |
| **Total:** | $17,713.07 |

  This amount may be recovered from the respondents.

                Sincerely,

                SCOTT S. HARRIS, Clerk

                By

                Michael Altner
                Judgments/Mandates Clerk

cc: Clerk, U.S. Court of Appeals for the Fourth Circuit
   (Your docket No. 19-2273)

# Supreme Court of the United States

No. 21–248

**PHILIP E. BERGER, ET AL.,**

Petitioners

v.

**NORTH CAROLINA STATE CONFERENCE OF THE NAACP, ET AL.**

**ON WRIT OF CERTIORARI** to the United States Court of Appeals for the Fourth Circuit.

**THIS CAUSE** came on to be heard on the transcript of the record from the above court and was argued by counsel.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the judgment of the above court is reversed with costs.

**IT IS FURTHER ORDERED** that the petitioners, Philip E. Berger, et al., recover from North Carolina State Conference of the NAACP, et al., Seventeen Thousand Seven Hundred Thirteen Dollars and Seven Cents ($17,713.07) for costs herein expended.

June 23, 2022

**Printing of record:**     $17,413.07
**Clerk's costs:**     $300.00
**Total:**     $17,713.07



A True copy SCOTT S. HARRIS
Clerk of the Supreme Court of the United States