UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 19-2273
(1:18-cv-01034-LCB-LPA)

NORTH CAROLINA STATE CONFERENCE OF THE NAACP; CHAPEL HILL-CARRBORO NAACP; GREENSBORO NAACP; HIGH POINT NAACP; MOORE COUNTY NAACP; STOKES COUNTY BRANCH OF THE NAACP; WINSTON SALEM-FORSYTH COUNTY NAACP,

        Plaintiffs – Appellees,

v.

PHILIP E. BERGER, in his official capacity as President Pro Tempore of the North Carolina Senate; TIMOTHY K. MOORE, in his official capacity as Speaker of the North Carolina House of Representatives,

        Appellants,

    and

KEN RAYMOND, in his official capacity as a member of the North Carolina State Board of Elections; STELLA ANDERSON, in her official capacity as Secretary of the North Carolina State Board of Elections; DAMON CIRCOSTA, in his official capacity as Chair of the North Carolina State Board of Elections; JEFFERSON CARMON III, in his official capacity as a member of the North Carolina State Board of Elections; DAVID C. BLACK, in his official capacity as a member of the North Carolina State Board of Elections,

        Defendants – Appellees.

Before GREGORY, Chief Judge, and WILKINSON, NIEMEYER, MOTZ, KING, AGEE, KEENAN, WYNN, DIAZ, FLOYD, THACKER, HARRIS, RICHARDSON, QUATTLEBAUM, and RUSHING, Circuit Judges.

## O R D E R

Upon consideration of the decision of the Supreme Court in *Berger v. North Carolina State Conference of the NAACP*, 142 S. Ct. 2191 (2022), reversing our en banc decision and holding that North Carolina's legislative leaders are entitled to intervene in district court, the court recalls its mandate, vacates its prior opinion, and remands the case to the district court for further proceedings consistent with the Supreme Court's decision.

The mandate shall issue forthwith.

For the Court

/s/ Patricia S. Connor, Clerk