UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 19-2273
(1:18-cv-01034-LCB-LPA)

———————————

NORTH CAROLINA STATE CONFERENCE OF THE NAACP; CHAPEL
HILL-CARRBORO NAACP; GREENSBORO NAACP; HIGH POINT NAACP;
MOORE COUNTY NAACP; STOKES COUNTY BRANCH OF THE NAACP;
WINSTON SALEM-FORSYTH COUNTY NAACP

      Plaintiffs - Appellees

v.

PHILIP E. BERGER, in his official capacity as President Pro Tempore of the
North Carolina Senate; TIMOTHY K. MOORE, in his official capacity as
Speaker of the North Carolina House of Representatives

      Appellants


KEN RAYMOND, in his official capacity as a member of the North Carolina
State Board of Elections; STELLA ANDERSON, in her official capacity as
Secretary of the North Carolina State Board of Elections; DAMON CIRCOSTA,
in his official capacity as Chair of the North Carolina State Board of Elections;
JEFFERSON CARMON, in his official capacity as a member of the North
Carolina State Board of Elections; DAVID C. BLACK, in his official capacity as
a member of the North Carolina State Board of Elections

      Defendants – Appellees

---

J U D G M E N T

---

In accordance with the decision of this court, this case is remanded to the district court for further proceedings.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK